JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JIN LEE,

        Plaintiff(s),

vs.

RDSD, INC., et al.,

        Defendant(s).

Case No. 2:19-cv-06307-RGK-PJW

ORDER DISMISSING ACTION FOR LACK OF PROSECUTION

On January 3, 2020, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution (OSC) [9]. Plaintiff was ordered to file proof of timely service of the summons and complaint upon defendants RDSD, Inc. and Cary Minovitz. Plaintiff filed proofs of service, however, the service was not made within 90 days after filing the complaint. No good cause having been shown, the Court dismisses the matter for lack of prosecution.

**IT IS SO ORDERED.**

Dated: January 15, 2020

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE